IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LEAH LYNN RIO, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:14-cv-0869 |
| NHC/OP, L.P., | ) |
| Defendant. | ) |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.02 of this Court, Defendant NHC/OP, L.P. states that National Healthcare Corporation is its parent corporation and owns more than 10% of its stock.

Date: May 27, 2014        Respectfully submitted,

                                       *s/ Sally Ramsey*
                                       Teresa Rider Bult, BPR #18431
                                       Sally Ramsey, BPR # 18859

Attorney for Defendant
**CONSTANGY, BROOKS & SMITH, LLP**
401 Commerce Street, Suite 1010
Nashville, TN 37219
615/ 320-5200
615/ 321-5891 (facsimile)

2889213.1

## **CERTIFICATE OF SERVICE**

            I hereby certify that a copy of the foregoing document has been served on this 27th day of May, 2014, via the Court's CM/ECF system, and/or U.S. Mail, first-class postage prepaid, to the following counsel of record for Plaintiff:

        Stephen W. Grace, Esq.
        1019 6th Avenue, South
        Nashville, TN 37212

        Kerry E. Knox, Esq.
        117 South Academy Street
        Murfreesboro, TN 37130

                            *s/ Sally Ramsey*

2889213.1

2

Case 3:14-cv-00869   Document 14   Filed 05/27/14   Page 2 of 2 PageID #: 51