UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | | |
|---|---|---|---|
| LEAH LYNN RIO | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | NO. 3:14-0869 |
| | ) | | |
| | ) | JUDGE SHARP |
| | ) | | |
| NHC/OP, L.P. | ) | | |
| | ) | | |
| Defendants. | ) | | |

ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 2/25/16, as to the order entered 2/25/16 at DE [39].

KEITH THROCKMORTON, CLERK
s/Althea F. Straughter, Deputy Clerk